JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUCERA AZUARA-NAVARETTE,<br><br>  Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>  Respondents. | Case No. SA CV 13-643-ODW (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus as Moot,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: September 9, 2013

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE